1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   CHADERICK INGRAM,

11          Plaintiff,                    No. CIV S-12-1827 GEB CKD PS

12      vs.

13   CITY OF SACRAMENTO, et al.,

14          Defendants.              FINDINGS AND RECOMMENDATIONS

15   _____/

16          This action was filed on July 11, 2012.  Plaintiff is proceed in propria persona.

17   The court takes judicial notice of the proceedings in United States of America v. Ingram, 2:10-cr-

18   0014 MCE-1 (E. D. Cal.) and Ingram v. Grant Joint Union High School Dist., et al., 2:08-cv-

19   2490 KJM DAD.  See Fed. R. Evid. 201.  In the criminal proceedings, plaintiff herein was

20   declared incompetent and unrestorable based on mental health issues.  See case no. 2:10-cr-0014

21   MCE-1, dkt. nos. 32, 39, 40.  In the civil action, plaintiff was represented by counsel and after

22   the declaration of incompetence in the criminal action, a guardian ad litem was appointed.  See

23   case no. 2:08-cv-2490 KJM DAD, dkt nos. 87, 88.

24          In this action, plaintiff is neither represented by counsel nor has a guardian ad

25   litem been appointed.  It appears from plaintiff's pleadings that there has been no change in his

26   mental health issues since the declaration of incompetence in the criminal proceedings.  An

1

1    incompetent person can only proceed if represented by counsel.  <u>Johns v. County of San Diego</u>,

2    114 F. 3d 874, 877 (9th Cir. 1997) (minors must be represented by attorney); <u>see also</u> <u>Meeker v.</u>

3    <u>Kercher</u>, 782 f.2d 153, 154 (10th Cir. 1986) ("it is not in the interest of minors or incompetents

4    that they be represented by non-attorneys").

5                  Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed

6    without prejudice.

7                  These findings and recommendations will be submitted to the United States

8    District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within

9    fourteen days after being served with these findings and recommendations, plaintiff may file

10   written objections with the court.  The document should be captioned "Objections to Magistrate

11   Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections

12   within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v.</u>

13   <u>Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

14    Dated: July 24, 2012

15

16                                          CAROLYN K. DELANEY
                                            UNITED STATES MAGISTRATE JUDGE
17
     4
18   ingram-sacto.1827.incomp

19

20

21

22

23

24

25

26

                                          2